Cherry FIEGER

v.

MARCIANO, K.

258 EDA 2016

Superior Court of Pennsylvania.

04/19/2017

May Term, 2011 No. 01907
(Philadelphia)

Affirmed in Part / Quashed in Part

JOHNSON, T.

v.

AUSTIN, A.

1122 EDA 2016

Superior Court of Pennsylvania.

04/19/2017

No. 1506–01582
(Philadelphia)

Affirmed

COM.

v.

DOURIS, J.

998 EDA 2016

Superior Court of Pennsylvania.

4/19/2017

CP–09–CR–0007834–2014
(Bucks)

Affirmed

COM.

v.

FLENOURY, C.

1237 EDA 2016

Superior Court of Pennsylvania.

04/19/2017

CP–51–CR–1301989–2006
(Philadelphia)

Affirmed